**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6401**

_____

ROGER HARGRAVE,

             Plaintiff - Appellant,

        v.

P. G. COUNTY CIRCUIT COURT; STATES ATTORNEY'S OFFICE; COUNTY
ATTORNEY'S OFFICE,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:11-cv-00223-BEL)

_____

Submitted:  July 28, 2011              Decided:  August 2, 2011

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger Hargrave, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Hargrave appeals the district court's order construing his 42 U.S.C. § 1983 (2006) action as a mandamus petition and denying relief and the court's order denying his subsequent motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hargrave v. Prince George's Cnty. Circuit Court, No. 1:11-cv-00223-BEL (D. Md. Feb. 7, 2011 & Feb. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2